**Appeal Dismissed and Memorandum Opinion filed June 16, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00416-CV

---

## IN THE INTEREST OF C.Y.K.S., A CHILD

---

### On Appeal from the 247th District Court
### Harris County, Texas
### Trial Court Cause No. 2001-61475

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 13, 2015. On June 8, 2015, appellant filed a notice of nonsuit, which we will treat as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan